**Appeal Dismissed and Memorandum Opinion filed April 14, 2016.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-16-00134-CR

---

### CHARLES  ERIC  DEVENPORT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1400496**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to sexual assault. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to imprisonment for 12 years and dismissed two cases pending against him. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices McCally and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b)